# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION



FILED
AUG 19 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ERIC BLAINE SIMPSON, <br><br> Defendant. | CR-14-31-BLG-SPW <br><br> **ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE** |

On August 19, 2019, Mr. Simpson filed an unopposed motion for early termination of supervised release. (Doc. 60.) Upon Mr. Simpson's motion, and for good cause appearing,

IT IS HEREBY ORDERED Mr. Simpson's motion is GRANTED. His supervised release is terminated as of the date of this Order.

The Clerk of Court shall notify counsel of this Order.

DATED this 19th day of August 2019.

SUSAN P. WATTERS
United States District Judge

1